WOLKERS, DEMANDANTE Y APELANTE, *v.* THE AMERICAN RAILROAD COMPANY OF PORTO RICO, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre indemnización de daños y perjuicios.

MOCIÓN de la parte apelada para que se desestime la apelación.

No. 1144.—Resuelto en mayo 5, 1914.

DESESTIMACIÓN DE APELACIÓN—INTERPRETACIÓN DE LA PALABRA MES—APELACIÓN CONTRA SENTENCIA DEFINITIVA.—De acuerdo con el artículo 8 del Código Civil en relación con el párrafo 4 del artículo 392 del Código Político, el término de un mes concedido por el artículo 295 del Código de Enjuicia-

miento Civil, enmendado por las leyes de marzo 11, 1908 y No. 70 de marzo 9, 1911, significa un mes de 30 días, e interpuesta una apelación fuera de este tiempo debe ser desestimada.

Los hechos están expresados en la resolución.

Abogado del apelante: *Sr. Joseph Anderson, Jr.*

Abogado de la apelada: *Sr. F. G. Pérez Almiroty.*

*Por cuanto* con fecha 17 de marzo de 1914 la Corte de Distrito de San Juan, Sección 1ª., dictó sentencia en este caso, la cual fué notificada a la parte demandante y archivada la notificación en la secretaría de dicha corte el mismo día de dictada y con fecha 17 de abril último radicó la parte demandante y apelante su escrito de apelación contra dicha sentencia.

*Por cuanto* la parte apelada ha presentado ante este tribunal una moción para que se desestime la apelación interpuesta por la demandante por haber sido radicado el escrito de apelación fuera de término.

*Por cuanto* de acuerdo con el artículo 295 del Código de Enjuiciamiento Civil, enmendado por las leyes de marzo 11, 1908, y No. 70 de marzo 9, 1911, la apelación contra una sentencia definitiva debe interponerse dentro de un mes de registrada aquélla y este término empieza a correr desde que se archiva en la corte inferior la notificación que de la sentencia debe hacer el secretario de dicha corte, y de acuerdo con el artículo 8 del Código Civil en relación con el párrafo 4 del artículo 392 del Código Político cuando en las leyes se habla de meses se entenderán meses de 30 días, habiendo por tanto vencido en el caso de autos el mes para apelar, el día 16 de abril último.

*Por tanto* se declara con lugar la moción de la parte demandada y apelada y en su virtud se desestima la apelación interpuesta por el demandante Aquilino Wolkers contra la sentencia dictada por la Corte de Distrito de San Juan, Sección 1ª., el 17 de marzo de 1914 en el caso arriba expresado y comuníquese a la expresada corte a los efectos procedentes.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Presidente Sr. Hernández no tomó parte en la resolución de esta moción.